# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0665. BENAVIDES v. THE STATE.**

The State has filed a motion to dismiss this appeal on the basis that the Appellant failed to timely file his notice of appeal from his judgment of conviction entered on August 7, 2024.  We agree. This appeal was filed on September 9, 2024. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). "Compliance with this statutory deadline for filing a notice of appeal is an absolute requirement to confer jurisdiction on an appellate court." *Collier v. State*, 307 Ga. 363, 371 (2) (834 SE2d 769) (2019) (citation and punctuation omitted). Because the Appellant filed the notice of appeal 33 days after the trial court entered its judgment of conviction, the notice of appeal is untimely. Accordingly, the motion to dismiss is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/20/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*